JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KUANTAY WILLIAMS, | No. CV 23-06650-DOC (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| HEATHER SHIRLEY et al., | |
| Respondent(s). | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute and failure to exhaust state court remedies.

Date: February 16, 2024

_____
DAVID O. CARTER
United States District Judge